UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 18 2025

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Richard Ford
**Plaintiff**

v. Mike Brown, Pony Shaw, Anthony Hinsley
Shawn Scarbrough, Gary Whitthey
City of Crowell Foard County Sheriffs office

**Defendant**

7-25CV-015-O

Civil Action No.

Jury Trial (YES) No

## COMPLAINT

Discovery on level II

Foard County Sheriffs office and Crowell Police Department frequently violate civil rights of people they don't will fight back. My complaint goes back a few years to when ███████████ ████████████████████████ and Officer Mike Brown took a police report but did nothing else but tell me "Juck Oh" if doesn't matter ████████ Violating my right equal protection of the law as well as Section 1983 police misconduct failures to investigate. Officer Pony Shaw was aware of the ████████ and failed to act as well. Exhibit 1 pages 1, 2, and 3.
On June 4th, 2023 Officers Anthony Hinsley of Foard County Constable and their of

* Attach additional pages as needed.

See Additional pages

Date     2-7-25

Signature     Richard Ford

Print Name     Richard W Ford

Address     623 N Ave B

City, State, Zip     Crowell Tx 79227

Telephone     940-219-9581

police Crowell Dusty Bryant came to my house at 623 N AVE B, Crowell, Tx and arrested me and took me to City Hall, they arrested me for Criminal Trespassing. Allegedly for trespassing at my wife and I's home with worker Sandy Busby. The arrest and detainment was illegal. No probable cause, leaving my wife who is blind and had been home 1 day from hip surgery by herself with no way to navigate back to bed or call for help. This is illegal once they detained me they assumed primary caregiver and as such needed to make arrangements for her safety. Exhibit available upon discovery.

In June 2023 they Shaw Scarborough took over Crowell police Department. My wife Koreen Phillips went to Officer Scarborough and reported Abandonment Neglect of the disabled by officers Bryant and Hinsley. While there we also discussed the old police report by Officer Brown where he didn't ████████████████████. I also asked him to enforce the law fairly. The Officers were quick to arrest me without cause when I clearly had not broken the law, but giving a direct order that we couldn't be at each others house after the 9-1-1. In an Email I sent Officer Scarborough the stamped photos of Sandra Busby at my house 2 times in Violation of the trespass order and he still did nothing Violating my equal protection of the law and Section 1983 police misconduct Selective enforcement.

Chief Scarborough is violating 1st amendment rights to free speech by retaliating against me for reporting his fellow officers Since the initial reporting of crime Exhibit 2 pages 1,2 and 3 Sandy trespassing.

Chief Scarborough and Deputy Perry Shaw on 6/21/24 came to my house at 623 N. AVE B Crowell, Tx and demanded surrender

3.

of my dog Repeat without probable cause violating my 4th admendment right to own property and right to due process. Section 1983 failure to investigate. Also right to equal protection of the law. My animals and I were attacked while the other owner was commiting a crime. Exhibit 3 police report

The retaliation continues with Officer Scarborough serving me a Notice of Dangerous Dog Hearing. The Notice shows the hearing to be held March 4th 2024 this date is a violation of 822.0424 HSC which states the hearing must be held the 10th day of the seizure to surrender the animal. The court as well as Officer Scarbrough knew that this hearing was in violation of State Law, this was a clear violation of my right to due process as well as giving a date for a hearing that they know to be false. Judge Gary Whitley on the 10th day from seizure ran me out of his office and didnt want to discuss the incorrect date Exhibit 4

At the hearing on March 4, 2024 Officer Scarborough fabricated his own Narration in total disregard of Witness testifying. The judge issued and ordered allowing for the euthnization of the dog on or after March 8th 2024, this order is in clear violation of my right to due process. Tx 822.041 gives me a right to appeal the Municipal court rulings by the 10th calander date and Crowell city ordiance 114 Section B right to appeal within 15 days and section 11. 15 days to comply with condtions set by the court. My had a heart attack and spent a week in Ft. Worth Hospital due to the stress. Exhibit 5 illegal order to euthnize dog.

Chief Scarborough, Deputy Shaw and Anthony Hinslep are relentless on 1/2/25, they came to 1013 N. Main St Crowell, Tx and without

4.

An investigation into whos dog was at large automatically wrote me a ticket for a dog at large which I had to go to court and have dismissed being that I am not the dog owner that was at large. This violates Section 1983 and is their misconduct as well as malicious prosecution. Exhibit 6 pages 1,2,3,4,5 and 6

Chief Scarborough then mailed me a letter giving me until 1/30/25 to clean my yard due to junk vehicles in violation of Bowie city ordinance. This would be my second time in court for this violation. In the first court I demostrated his misconduct in ticketing me. His selective enforcement of the law is biased and targeting me in retaliation in the new complaint I am filing dismissed on the same grounds US vs Armstrong 517.00.456 Violates 14th Admendment Exhibit 7 Pages 1,2,3,4,5 and 6.

On Jan 24th 2025 I went to chief Scarborough's office because in violation of 822.042 HSC he failed to give me a copy of warrant to seize the dog and the Rabies quarantine sheet showing intake and release date he would not release the records in violation of the records act denial of equal protection of the law.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name        Richard Fred

Address        623 N. Ave B

        Crowell, Tx 79227

        *City*                    *State*                    *Zip Code*

County        Foard

Telephone Number        940.219.9531

E-Mail Address        RFred1636 @ gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name        Shaun Scarborough

Job or Title *(if known)*        Chief of Police

Address        114 E. California St

        Crowell TX 79227

        *City*                    *State*                    *Zip Code*

County        Foard

Telephone Number        940.684.1017

E-Mail Address *(if known)*

☒ Individual capacity        ☒ Official capacity

Defendant No. 2

Name        Anthony Hinsley

Job or Title *(if known)*        Foard County Constable

Address        116 S. 1st St

        Crowell TX 79227

        *City*                    *State*                    *Zip Code*

County        Foard

Telephone Number        940 684 1501

E-Mail Address *(if known)*

☐ Individual capacity        ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

    Name                                   Gary Whitley

    Job or Title *(if known)*        Crowell Municipal Judge

    Address                         114 E. California St

                                      Crowell   TX  79227

                                      *City*             *State*         *Zip Code*

    County                        Foard

    Telephone Number         940.684.1501

    E-Mail Address *(if known)*

                                 ☐ Individual capacity    ☒ Official capacity

Defendant No. 4

    Name                                   Perry Shaw

    Job or Title *(if known)*        Foard County Deputy

    Address                         110 S. 1st St

                                        Crowell   TX  79227

                                      *City*             *State*         *Zip Code*

    County                        Foard

    Telephone Number         940 684 1017

    E-Mail Address *(if known)*

Additional Defendents see Attachment A

                                  ☐ Individual capacity    ☒ Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.     Are you bringing suit against *(check all that apply)*:

        ☐  Federal officials (a *Bivens* claim)

        ☒  State or local officials (a § 1983 claim)

    B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

5th and 14th Amendment Deprivation of property without due process
1st Amendment freedom of speech
4th Amendment Malicious prestion failure to interview

    C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendent Attachment A

Mike Brown

Sheriff

110 S. 1st St.

Crowell, Tx 79227

Foard

940·684·1501     ☒ individual capacity   ☒ official capacity

Dusty Bryant

Chief of Police

Crowell, Ty 79227     ☐ individual capacity   ☒ official capacity

Foard

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attachment B1 and B2.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

B.    What date and approximate time did the events giving rise to your claim(s) occur?

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attachment C-1, 2, 3 and 4

Attachmunt B-1

Shawn Scarborough Cheif of Police

Cheif of police seized Repete without a warrant. failed to give me Notification of quarantine intake and release date, and failed to cite other party) Billie for crimnal negligence and dog at large. Violating 1983 police misconduct 14th admundmunt has equal protection of under the law. 4th admundmunt misconduct 1st admundmunt freedom of speach without fear of reprisel malicious prosecution. Obstruction of justice and illegal Notice of hearing

Athanany Hinsley - Foard County Constable

Officer Hinsley was with chief Bryant and they falsly arrested me for crimanal tresspassing without probable couse or an investigation violating 4th admendmunt Also violated Rights to equal protection under the law by not arresting Sandi when shawn evidence of the crime. Abandamunt of disabled person

Gary Whitten - Crowell Municipal Judge

Obstruction of justice by violating state statue by falsefying court documents by saying March 4th was the 10th day the animal was seized. He violated 4th admendmunt right to due process by ordering the animal to be euthized on March 8th only 4 days from illegal hearing and not allowing the 15 days to comply with insurance requiremunts and the 10 days to file appeal judical misconduct and 5th admundmunt depravation of property without due process

Perry shaw - Foard County Deputy

Deputy Perry shaw I tried to get Perry to intervene and got Repete out of told Perry they were violating state law having the hearing when they did he refused to intervene and enforce the law this is the 4th admendment

Attachment B-2

failure to intervene. Perry knew about the fact of Mike Brown to
investigate or do anything with the police report on ███████ , which
is misconduct and right to equal protection of the law. 15 days to comply with insurance

Mike Brown - Jack County Sheriff
Violating 1983 official misconduct, failure to investigate, right to equal protection
of the law, obstruction of justice and failure to file police report with district
atty.

Dusty Bryant - Chief of Police
Came to my house and arrested me without probable cause. False arrest
Violating 4th Amendment. police misconduct. failure to investigate. abandonment
of the disabled by assuming primary role of care and not making arrangements
with substantial risk of harm. 42 section 1983 misconduct and obstruction
of justice.

Attachment C-1

III        State of Claim

1. A. 623 N. Ave. B Crowell, Tx 79227

   B. 6/29/23  12 pm

   C. Officer Dusty Bryant of the Crowell Police Department Officer Anthony Hinsley Foard County Constable came to my house at 623 N Ave and arrested me for criminal tresspassing thus violated 42 US 1983 fake arrest. their actions also violated the 4th admendment and right to due process

2. A  623 N. Ave B Crowell Tx 79227

   B. 6/20/23  5pm

   C. When I was falsely arrested for criminal tresspassing by Officers Bryant and Hinsley I was told after I was released that I was not to go to Sandi Busby, our home health workers house and she was not to come to ours. Sandi came to my house 2 times so I showed Officer Bryant pictures of her at my house and wanted to file criminal tresspassing charges but Officer Bryant refused. I then sent a text to Officer Perry Shaw of Foard County shireffs office who also took no action to protect me from this criminal tresspassing violating 14th admendment equal protection under the laws failure to investigate and entervine.

3. A. 623 N. Ave B Crowell, Tx 79227

   B. 6/21/23  7:31 pm

   C. Officer Perry Shaw of the Foard county Shirriffs Officer and Officer Shawn Scarborough of the Crowell Police

Attachment C 2

Dept. came to my house and demanded the surrender of Repete my dog for 10 day quarantine. There was no probable cause to pick him up as a dangerous dog. The officers were aware my dogs were on a leash in my yard when attacked by 2 animals of a leash which by statue is the criminal negliance which shows bias by not citing the criminal negliance 14th Admendment, equal protection.

4. A. 622 N. Ave B Irwell, Tx 79227

B. 2. 24

C. Office Shawn Scarborough of the Irwell Police Department and judge Gary Whitley served me notice of dangerous dog hearing to be held on the 4th of March violating state law and violating my 5th and 14th Admendment rights to due process 42 USC 1983 filing false affidavit the animal was seized 2/21/2 March 4th violated state law hearing must be held 10th day of the animal being seized. falsifying documents and obstruction of justice

5. A 114. E California St

B 3.4.24 10:00 am

C At the hearing to determine if my dog is dangerous Gary Whitley of the county determined the dog to be dangerous and ordered its destruction on or after March 8th, 2024 in violation of my 14th admendment illegal deprivation of property. Right to due process the animal could not be taken and euthinized until I had a chance to appeal which is law 10 days from hearing

Attachment C-3

6 A 114 E. California St. Crowell Tx 79227

B 3.4.24

C Perry Shaw knew the city was holding my property past the date it was to be held violating my rights and failure to INTERVENE, misconduct failure to investigate

7 A 1013 N. Main St Crowell Tx 79227

B. 1.2.25  10:00 Am

C. Officer Shawn Scarborough failed to investigate a dog at large call and illegally wrote me a ticket when I am clearly not the dog owner. 42 US 1983 malicious prosecution retaliation 1st Admendment right to free speech, misconduct and failure to investigate.

8 A. 623 N. Ave B

B. 11.20.23  2:30pm

C. Officer Shawn Scarborough summonsed me to Crowell Municipal Court for failure to maintain property. He did so in retaliation of my free speech and his actions are misconduct targeting me. While ignoring property in sight of his home but not citing them. Selective Enforcement of the Law, Violation of 4th admendment.

9 A.

B. 11.20.23  2:30 pm

C. Officer Shawn Scarborough pulled me over for "Warrant for Marijuna" possion I was arrested in the process. Officer Scarborough emptied 240 dollars out of my pocket it was

Attachment C4

NOT included in property when we reached the jail nor was it listed on intake property Officer Scarborough stole 240 dollars from me. 4th admendment deprivation of property

10. A 1013 N. Main St Crowell Tx 79227

B 1/20/25 officer Scarborough one aggin targeting me gave me a a letter and gave 10 days to do something to my cord, He has roughly 40 vehicles within sight of his front door but continues targeting me selectivly enforcing the law in retaliation for my 1st Amendment right to free speech.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The injuries related to the contents are mainly psychological/emotional injuries. The failure of the police to investigate ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ was something that changed my life. I have suffered from manic depression going all the way back to the police report. It caused distrust of all police as well as it caused me financial problems, at time my depression kept me from to work a full time job, I was depressed bad and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. I thought going to the police would get the person responsible off the street so it didn't ▮▮▮▮▮▮▮ Reporting the crime by Sheriff Mike Brown as

See Injuries page 2

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would pray the court will get these officers and or their office for their misconduct possiably in jail for their crimes. Foard County Sheriffs Office and Crowell police Dept need to set up policys to enforce the law equally without the bias installed now. My wifes week in the hosiptal was roughly 21,000.00, money for gas to and from hosiptal and food was probably 300.00, gas to and from my psychiatrist and medicine over the past 20 years is just around 20,000.00. I would like 40,000.00 actual damages. 100,000.00 punitive damages. and mental distress for harassment and Karen's death which caused mental distress of which I'm asking 500,000.00 for total damages of 640,000.00

Injuries - 2

well as reporting the crimes by Dusty Bryant and Anthony Hinsley is what started the retaliation and malious prosecution by officer starborough. I'll always be on drugs for manic depression and anxiety. The harrasment by the judge and chief of police and the harrassment of illegal hearings and the illegal order to kill the dog put my wife at JPS hospital in Ft. Worth Tx for a week with elevated heart enzymes she finally in her distress quick dialysis killing herself which has really injured me.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  2-11-25

Signature of Plaintiff  Richard Ford

Printed Name of Plaintiff  Richard Ford

### B.  For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City  State  Zip Code

Telephone Number

E-mail Address

Evidence Exhibits - 1

1. Police report by Officer Mike Brown regarding ███████

2. Email to Shawn Scarborough regarding Sandra Busby tresspassing asking to enforce the law fairly.

3. Crowell police report dated 3/21/24

4. Dangerous dog hearing

5. Order of court No 2024-041

6. Page 1 motion to dismiss
   Page 2  Supporting documents
   Page 3 Affidavant

7. Page 1 1st Summons to appear for failure to maintain property 11/15/23
   Page 2 Motion to dismiss
   Page 3  Reasons to grant dismissal
   Page 4  Photographs of Chief Scarborough's house and adjacent property that he will not enforce the law on.
   Page 5  Evidence   of why this is illegal police conduct selective enforcement
   Page 6  Letter from Chief of police regarding my Violation of City ordnance 219.02 Junk vehicles in yard

8. Page 1  Motion to dismiss
   Page 2  Dangerous dog ruling by Crowell Municipal court
   Page 3  Attorney Michael Capps due to no investigation

Evidence Exhibits 2

4. No probable cause

9. Email to chief Scarborough

10. Email to chief Scarborough regarding stolen money

11 Audio of Foard county sheriff Perry Shaw refusing to enforce the law.

Audio of Shawn Scarborough refusing to release public records to me

Audio of Shawn Scarborough about the criminal negligence of my neighbor Billie, He targeted me when she broke the law.

Audio of Billie Lynn that refutes Chief Scarborough testimony about Repete biting Billie

Exhibit 1 pg 1

Exhibit 1 pg 2

 Gmail

Richard Ford <rford1636@gmail.com>

## Criminal tresspassing

3 messages

**Richard Ford** <rford1636@gmail.com>
To: chiefscarborough@outlook.com

Fri, Jun 23, 2023 at 9:20 AM

Chief as you are aware that there were orders no to go each other's house these to pictured show sandi busby at my house after she was told by chief bryant to away on the 9th of june. She is in clear violation of the no trespass notice. I reported to chief bryant byt he wasnt interested in enforcing the order when I asked him to. Fficer Anthony hinesly was with chief bryant when i showed him evidence of her being here but they did nothing. I told him he was sure zealous in picking me uo when i clearly didnt tresspass but when thebtsbles tyrn i cant get to do his job thats what made hime angry. eioerry shaw assurded me on the 9th that she was told not to come to my house the pictures are both after the 9th. She is clearly stalking me is not thinking clearly and donst have a problem lieing about anything Thank you for handling this problem

*— Right to Equal protection of the law*
*— Misconduct selective enforement*
*—*

**3 attachments**



**Screenshot_20230622_230619_geeni.jpg**
103K



**Screenshot_20230622_230551_geeni.jpg**
252K

**Screenshot_20230622_105201_Messages.jpg**
398K

**Richard Ford** <rford1636@gmail.com>
To: chiefscarborough@outlook.com

Fri, Jun  23 at 7:3. M

Chief I can understand your unwillingness to arrest deputy hinesly because of the brotherhood or whatever you call it but is their a reason that your are neglecting your duty to uphold the law these pictures clearly indicate she is on my property

Exhibit 2 p92

 Gmail

Richard Ford <rford1636@gmail.com>

---

**Been thinking about what you said about criminal tresspass order which perry shaw said dont have to be served but if it dies then I was illegally detained and kidnapped from my residence at623 n ave b in crowell chief im not sure why your are so reluctant to at least enforce the law impartially and equally. If the needed an order I was picked illegally if they didn't need an order then you and they just don't want to enforce the law equally because she is clearly at my house after my detainnent.**
2 messages

---

**Richard Ford** <rford1636@gmail.com>                        Mon, Jun 26, 2023 at 11:12 AM
To: chiefscarborough@outlook.com

---

**Richard Ford** <rford1636@gmail.com>                        Thu, Dec 12, 2024 at 11:59 AM
To: "brandonmarquine@gmail.com" <brandonmarquine@gmail.com>

---------- Forwarded message ---------
From: **Richard Ford** <rford1636@gmail.com>
Date: Mon, Jun 26, 2023, 11:12 AM
Subject: Been thinking about what you said about criminal tresspass order which perry shaw said dont have to be served but if it dies then I was illegally detained and kidnapped from my residence at623 n ave b in crowell chief im not sure why your are so reluctant to at least enforce the law impartially and equally. If the needed an order I was picked illegally if they didn't need an order then you and they just don't want to enforce the law equally because she is clearly at my house after my detainnent.
To: <chiefscarborough@outlook.com>

— violates equal protection clause. Violates 1983 police misconduct —
Selective prosecution, Selective enforcement,




# CROWELL POLICE DEPARTMENT

| | |
|---|---|
| 114 E California<br>Crowell, TX 79227 | Case #: 24-022124      **1**<br>Report Type: **Incident Report**    Page 1 of 1<br>Status: **Open**<br>Reason:<br>Report Date: 2/21/2024<br>Title: **MISCELLANEOUS** |

CASE #: **24-022124**
Incident Date/Time: 2/21/2024 7:31:07 PM
Location: **W Logan & N Ave B**
    **Crowell, TX 79227**

☐ Cargo Theft

| Suspect Name | DOB | DL/ID# |
|---|---|---|

INVESTIGATING OFFICER:
Scarborough, Shawn  ID-NR: 101

SIGNATURE: _____

REGION/DISTRICT/SGT. AREA: Texas

APPROVING SUPERVISOR:
ID-NR:

SIGNATURE: _____

## EVIDENCE INFORMATION:
### VIDEO EVIDENCE

Evidence Collected: ☒ Yes ☐ No
Evidence Type: **Still Photographs**

## NARRATIVE:

Shawn Scarborough the Chief of Police for the City of Crowell on February 21st 2024 on or about 7:31pm i was notified on Department cell phone that there had been a lady later identified as Billie Lynn W/F 06/06/1956 bit by a dog. The caller advised that Mrs. Lynn was at her residence in at the West Side apartments. I arrived shortly later with Chief Deputy Shaw and made contact with Mrs. Lynn. I observed Mrs. Lynns Right arm to be bandaged and what appeared to be blood seeping thru the bandage. Mrs. Lynn advised that she was walking her dogs and saw Ritchie ford arrive at his residence and went to chat with his wife. As she began to talk to Ritchies wife his dog exited the car and attacked her dog. Ritchie got his dog away from her dog and asked Mrs. Lynn to hold the dog while he caught the other loose dog. Mrs. Lynn stated that she was holding the Brown and White dog by the colar. The dog suddenly attacked her biting her in the hand and knocking her down to the ground. I observed what appeared to be injurys on a white dog that Mrs. Lynn had in her residence.

    EMS was called to scene to look at the wounds and clean them up. While EMS was on scene photographs were taken of the wounds, EMS personel advised that stitches were needed and Mrs. Lynn refused to be transported to the Hospital.

    Chief Deputy Shaw and I went to Ritchie Fords residence and spoke with him. Mr. Ford who stated that Mrs. Lynn had came over an at his he brown dog named Repeat. Mrs. Lynn was holding the dog and it bit her. Mr. Ford could not produce proof of Rabbies Vaccine at the current time.

    Ritchie Fords dog named Repeat ( Brown and White dog) was taken by Mr. Ford to the cities dog pound and placed into a 10 day quarantine.

    On February 22 Mr. Ford emailed proof of Rabies vaccine to the Police Department.

Exhibit 4 pg 1

M Gmail                                                              Richard Ford <rford1636@gmail.com>

## Not that it matters but read the notice of hearing especially the part that says 10 days from date seized or surrenended which I clearly tried to point out

Richard Ford <rford1636@gmail.com>                                  Thu, Dec 12, 2024 at 12:00 PM
To: "brandonmarquine@gmail.com" <brandonmarquine@gmail.com>

---------- Forwarded message ---------
From: Richard Ford <rford1636@gmail.com>
Date: Sat, Mar 2, 2024, 11:13 AM
Subject: Not that it matters but read the notice of hearing especially the part that says 10 days from date seized or surrenended which I clearly tried to point out
To: <chiefscarborough@outlook.com>



**20240302_105713.jpg**
2880K

Re- Pdt served 2-21-24   the 10th day would be 3-2-24 which was Saturday so to be legal 3-1-24 would have been before the 10th day by 3/4/24 was past the dead line, and was a violation of my rights to a speedy trial · my right to due process

- The Notice of hearing shows the date listed to be the 10 day since the arrival was served, it is in fact the 12th day making the document perjury for Chief Scarborough and Judge Whitley

Penal Code 3702 37.03 is a 3rd degree felony

18 US Code 1519 obstruction of justice




Exhibit 4 pg 2

NOTICE OF DANGEROUS DOG HEARING (Sec. 822.0423, H.S.C.)

CAUSE NUMBER: 2024-041

| | | |
|---|---|---|
| IN RE: | § | IN THE MUNICIPAL COURT |
| "Re Peat?) Brown/white Dog | § | CITY OF _Crowell_ |
| (Name or Description of Dog) | § | _FOARD_ COUNTY, TEXAS |

CC; Richard Wayne FORD        **NOTICE OF HEARING**

**NOTICE IS HEREBY GIVEN,** that the above styled and numbered cause is set for hearing as provided by law, in the City of _Crowell_ Municipal Court located at: _114 E. California Street_ at:

_9 : 30 A_.M, ON THE _4th_ DAY OF_March_, 20_24_

*(not later than the 10th day after the date dog is delivered or seized)*

to determine whether the above described dog is a dangerous dog as defined by Section 822.041(2), Health and Safety Code.

(municipal court seal)

Judge Barry Whitley
Judge, Municipal Court
City of _Crowell_
_FOARD_ County, Texas

**Editor's Note:** Notice must be given to (1) the owner of the dog or the person from whom the dog was seized; and (2) the person who made the complaint. Sec. 822.0423(b), H.S.C.

Exhibit 5     Cause No. 2024-0411

State of Texas

vs.

Richard W. Ford

IN THE MUNICIPAL Court
CITY OF CROWELL

## Order

On March 4, 2024, the court called Thirty matter. After hearing evidence, the Court finds that the dog is a Dangerous Dog pursuant to Crowell City Ordinance No. 2021-07/ HS Code No. 822.005.

It is therefore Ordered that the White & Brown dog known as "ReReat" is a Dangerous Dog & shall be euthanized on/or after March 8, 2024, at 4:00 p.m. Unless Richard Ford brings written Proof of Insurance (liability) to maintain said dog on this premises. It is ORDERED that the Insurance shall be maintained for 12 months. If the dog does Not receive any additional BITE charges, the insurance may be dropped.

* So Ordered by: Judge Whitten

SUMMONS FOR DEFENDANT (Arts. 23.03 and 23.04, C.C.P.)

CAUSE NUMBER: 2023-168

| STATE OF TEXAS | § | IN THE MUNICIPAL COURT |
| | § | |
| VS. | § | CITY OF Crowell |
| Richard Wayne Ford | § | FOARD COUNTY, TEXAS |

TO ANY PEACE OFFICER OF THE STATE OF TEXAS – GREETINGS:

YOU ARE HEREBY COMMANDED TO SUMMON Defendant Richard Wayne Ford, residing at 623 N. Ave B - Crowell, Texas 79227, to appear before the Municipal Court of the City of Crowell, Foard County, Texas at 9:00 o'clock A.m., on the 1st day of December, 2023 then and there to answer to the State of Texas by and through the City of Crowell, Tx for a misdemeanor offense committed against the laws of the State of Texas (an ordinance of the said city), to wit: Failure to maintain Property - Allowing Debris on Property, of which off [...] r oath by Chief Scarborough.

**Defend[**

**Failure**

get disposition of this case see if dismissed see if dismissed from last time

It is an [...] :e a witness to testify falsely or to elude legal process. It is also a felony [...] ective witness in retaliation for or on account of the service of the person [...] : as a witness to a crime.

**Faltar a**

**Es una** [...] encia o coerción sobre un testigo para que testifique falsamente o para el [...] lito grave, o felonía, dañar o amenazar a un testigo o testigo en prospe[...] ·sona presta como testigo, o prevenir o dilatar los servicios de la person[...]

**HERE** [...] ; how you executed the same.

**WITN** [...] vember, 2023.

(municipal court seal)

Judge Barry Whitley
Judge, Municipal Court
City of Crowell
Foard, County, Texas

---

OFFICER'S RETURN

Came to hand the 20 day of November, 2023, at 239 o'clock P .m., and executed the 20th day of November, 2023 at 241 o'clock P .m. by ☒ Delivering a copy of this Summons to the Defendant personally ☐ Leaving a copy of this Summons at the Defendant's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein ☐ Mailing a copy of this Summons to the Defendant's last known address.

Returned on this the ___ day of _____, 20___.

Address: _____

_____

Peace Officer's Signature

richard ford]

623 n ave b

crowell tx 79227

In the ____crowell municipal____ Court for the County of _____foard_____

in the State of _____texas_____

city of crowell                                    Case No.:
)
    Plaintiff,                                     )
)                                                  Motion to Dismiss
    v.                                             )
)
richard ford                                       )
)
    Defendant.                                     )
_____)

____richard ford , defendent_____ motions to this Court for a dismissal
of this matter. For the reasons set forth in the documents filed in support
of this Motion, good cause exists to grant this Motion.

Respectfully submitted this _1_ day of February 2025

_____
richard ford
Name: _____
Its: _____
[Party]

Motion to Dismiss - 1

 Gmail  *Exhibit 7 pg3*

Richard Ford <rford1636@gmail.com>

---

## dismissal

---

**Richard Ford** <rford1636@gmail.com>                          Wed, Jan 29, 2025 at 2:13 AM
To: Richard Ford <rford1636@gmail.com>

this is clearly another case of targeting me.  selective enforcement of the law and selective prosecution of the law violates the equal protection clause of the fourteenth amendment of the united states. this officers actions are directed so exclusively at me with a mind so unequal and oppressive that equal protection of the law has been negated by their efforts. united states vs armstrong 517 us456
from his driveway skip sheppards and terry borens houses and lots can be seen but he ignores the violations on their parts in order to harass me. *Defention one Michigan disc1*






Exhibit 7 pg 5

I received a lettermfrom police chief saying im in violation of city ordinance 2019 -02 junk vehicles and trash. This is clearly another instance where the chief scarborough is targeting me because of the crime I reported on his fellow officers and follows the dismissal of the dog at large ticket earlier in the day.  Officer scarborough has a pattern of selectively enforcing\prosecuting the law selectively.  His selective enforcement had an earlier ticket for the same offense dismissed in November 2023.  His actions are directed exclusively at me with a mind so unequal and oppressive that equal protection of the law has been negatd by his efforts.  In a clearly established precedent the supreme court ruled in  United States vs Armstrong 517 US 456 that selective enforcement/prosecution is a violation of the equal protection clause of the 14th amendment and violates my civil rights and is a form of police misconduct and a crime under  Texas penal code 39.02.  Texas code of criminal procedure article 3.04 calls it official misconduct when the public servant knows he is violating the law.



**Chief of Police**
**Shawn Scarborough**
**940-684-1017**

Richard Ford
PO BOX 557
Crowell TX 79227
PID 3434

January 20th 2025

This notice is sent to you, the tenant/owner of the property, located at Property ID: 3434 (according to Foard County Appraisal District) that you are in violation of **City Ordinance 2019-02** To Wit: **Junk Vehicles & Trash and Rubbish**

**Final Notice**

**You will have 10 Days from the date on this notice to correct the condition of the property listed. If no action by you is taken, or contact is not made to the Crowell Police Department within the 10-day time period, the Crowell Police Department will have no other recourse but to issue citations for the violation listed. You will then be required to appear in the Crowell Municipal Court.**

Shawn Scarborough
Chief of Police

940 684 1365

County Clerk

tickets on court
records

*Exhibit Legal Ticket For Duy at large Dismissed 1/21/25* (handwritten)

richard w ford]

]po box 557

crowell, tx 79227

In the ___crowell municipal court___ Court for the County of _____foar_____

in the State of _____tx_____

Richard w ford  *State of TY* (handwritten)          )          Case No.:
        Plaintiff,                                    )
                                                      )          Motion to Dismiss
    v.                                                )
                                                      )
State of texas  *Richard Ford* (handwritten)          )
        Defendant.                                    )
_____              )

___richard w ford_____ motions to this Court for a dismissal of this matter. For the reasons set forth in the documents filed in support of this Motion, good cause exists to grant this Motion.

Respectfully submitted this __11__ day of __january_____, __2025__ (handwritten)

                                    *(signature)*
                                    _____
                                    richardwford
                                    Name: _____
                                    Its:  _____

Motion to Dismiss - 1                         https://www.northwestregisteredagent.com/legal-forms/lawsuit/motion-to-dismiss

PROGRESS                                                                    75%

# Descriptions

i was ticketed for an animal at largcte on jan 2 2025 by officer shaun scarborough of the crowell poluce department. the animal in question has resided continuously at 1013 n main street since dec 23, 2024 and according to crowell statute is owned by the head of household at said address. i was tickeded for an animal at large which according to crowell statute is owned by delton brown the head of household at 1013 n main crowell tx. i move to dismiss this ticket due to the fact that the animal in question according to statute is not owned by me

Edit        Delete

Add another

## Need expert help?
## Ask a lawyer

Questions about your document? Add your questions here and send them to a lawyer at the end of this questionnaire.

Characters remaining: 600

## Affidavit

Texas
County of foard

Before me, the undersigned authority, this day personally appeared RICHARD W FORD, who after being by me duly sworn, on oath deposes and says:

1. I am over the age of 18 and am a resident of Texas. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely th---

2. I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3. I was ticketed for an animal at largete on jan 2 2025 by officer ---- scarborough of the crowell police department. the animal in question has resided contin---sly at 10-3 n main street since dec 23, 2024 and according to crowell statute is owned by the head of house-old of said address. I was ticketed for an animal at large which according to crowell statute is owned by delton brown the head of household at 1013 n main crowell tx. I --------- ---- ---- this ticket -ue to the fact that the animal in question according to statute is not --- ---- ---

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this _____ day of _____ ____

_____

richard w ford

This is a RocketLawyer.com document

NO. 3638

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | OF |
| | § | |
| RICHARD W. FORD | § | FOARD COUNTY, TEXAS |

## ORDER TO DISMISS

On this day came to be heard the Motion to Dismiss filed by MARSHALL CAPPS, COUNTY ATTORNEY OF FOARD COUNTY, TEXAS, in the above numbered and entitled case; and it appears to the Court that the motion should be granted.

IT IS THEREFORE ORDERED that the above numbered and entitled case is hereby dismissed for lack of evidence.

IT IS FURTHER ORDERED that:

(1) all fines, costs of court, and other costs paid by Defendant in this case be refunded to Defendant, and

(2) Defendant's dog be returned to him upon his payment of $100.00 to the City of Crowell for ten days of boarding fees.

Signed this the 2² day of April , 2024.

_____
PRESIDING JUDGE

NO. 3638

| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | OF |
| | § | |
| RICHARD W. FORD | § | FOARD COUNTY, TEXAS |

# MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

MARSHALL CAPPS, COUNTY ATTORNEY OF FOARD COUNTY, TEXAS, moves the Court to dismiss the above numbered and entitled case in order that justice may be served.

I.
Appeal

This case is an appeal from the City of Crowell Municipal Court and subject to a trial de novo.

II.
Prior Order and Judgment

The attached **ORDER** dated March 4, 2024, found that the dog of RICHARD W. FORD, the Defendant herein, was a **"Dangerous Dog"** because the dog made an **"unprovoked attack"** on Billie Lynn, who was bitten by Defendant's dog.

The attached **JUDGMENT** dated March 4, 2024, found RICHARD W. FORD, Defendant, guilty of the offense of **"Dangerous Dog (City Ord # 2021-07)"**.

III.
Reliance on Hearsay Evidence by the Municipal Court

The **Order** and **Judgment** rely solely on rank hearsay evidence.

The attached Court Summary states that the Court found the Defendant's dog to be a **Dangerous Dog** and the Defendant to be guilty of **the offense of "Dangerous Dog (City Ord # 2021-07)"** based on:

(1) the hearsay testimony of Crowell Police Chief, Shawn Scarborough:

(a) who stated that the dog which bit Billie Lynn was a <u>brown</u> and white dog,

Exhibit 8 pg 3

(b) who was not present and did not witness the events which occurred during the alleged violation of the City Ordinance, and

(c) who did not have personal knowledge of any of the facts which are required to prove the alleged violation of the City Ordinance, and

(2) the hearsay and biased and unsworn testimony (remarks and conclusions as to the truth of the facts of the case) made by the City Attorney:

(a) who stated that the dog which bit Billie Lynn was a <u>black</u> and white dog,

(a) who was not present and did not witness the events which occurred during the alleged violation of the City Ordinance, and

(b) who did not have personal knowledge of any of the facts which are required to prove the alleged violation of the City Ordinance.

The Court Summary goes even further with this hearsay testimony, stating in its conclusion that the Court findings were based on the fact that: **"Chief Scarborough found it was the defendant's dog at fault"**.

This rank hearsay testimony is inadmissible and does not provide any concrete facts required to find that Defendant's dog was a Dangerous Dog or that prove there was a violation of the city ordinance.

IV.
<u>Failure to Provide Office of County Attorney with Factual Evidence</u>

No factual, credible, or sufficient evidence has been submitted to the Office of the Foard County Attorney or found within the proceedings of this case in the Crowell Municipal Court which:

(a) **support or prove the Defendant's dog to be a Dangerous Dog**, as defined in the City Ordinance, as explained below, or

(b) **justifies the prosecution of a Dangerous Dog charge,** as contemplated in the meaning of the City Ordinance, as explained below.

First, the attached Police Report and Court Summary both state that Billie Lynn approached the Defendant with her dog **running at large**, as defined and prohibited in the City Ordinance subject of this case. This fact makes Billie Lynn the perpetrator/provocation of all the events that transpired in this case.

Second, the Court Summary and Police Report states that Defendant and Billie Lynn voluntarily and actively became involved in the dog fight between Billie Lynn's dog and Defendant's dog as they tried to separate the two dogs. The Police Report further states the Defendant was holding Defendant's dog by the collar in the middle of the dog fight when the Defendant's dog bit her. These facts preclude the idea that the dog made an **unprovoked attacked** upon Billie Lynn.

Third the Police Report, Court Summary, Order, and Judgment are all deficient and fail to state or find any specific facts which constitute grounds for a violation of the city ordinance.

For example, there are no facts or evidence which allege, must less tend to prove, that the Defendant's dog was a **Dangerous Dog**, which is defined and required in the City Ordinance as:

(a) **an animal which** *"because of its physical nature and/or vicious propensity, would constitute a danger to human life or property"* or

(b) **an animal which** *"is possessed of tendencies to attack or to injure human beings or other animals"*.

V.
Provisions of the City Ordinance

The relevant parts of the attached City of Crowell Ordinance # 2021-07, which apply to this case, read as follows:

*Sec. 1.01 Definitions...*

**Dangerous Animal** *means:*

(1)    *Any individual animal which,* **because of its physical nature and/or vicious propensity, would constitute a danger to human life or property***; or any animal* **that is possessed of tendencies to attack or to injure human beings or other animals***;*

(2)    *An animal that commits an* **unprovoked attack** *on a human being; that causes bodily injury and occurs in a place other than an enclosure in which the animal was being kept and that was reasonably certain to prevent the animal from leaving the enclosure on its own;*

(3)    *An animal that commits* **unprovoked acts** *in a place other than an enclosure in which the animal was being kept and that was reasonably certain to prevent the animal from leaving the enclosure on its own, and those acts cause a person reasonably to believe that the animal will attack and cause bodily injury to that person; or*

(4) *An animal that makes an* **unprovoked attack** *on a domestic animal or domestic fowl that causes bodily injury or death; and which occurs when such animal is at large...*

**At large** *means an animal (excluding cats) that meets one (1) of the following criteria:...*

(2)    *Off premises of owner.* **Any animal which is not physically and continually restrained by some person by means of a leash or chain of proper strength**

*and length that precludes the animal from making unsolicited contact with any person, their clothing, their property, or their premises. The term shall not include animals being trained or exhibited while under the immediate physical or vocal control of a person, so long as the animal demonstrates complete and immediate compliance with all vocal commands of the person...*

*Quarantine means: to take into custody, place in confinement, and isolate from human beings and other animals. The quarantine period for a dog, cat, or a domestic ferret for rabies observation is ten (10) days or 240 hours from the date and time of the bite, scratch or other exposure, or as recommended by the regional veterinarian from the Texas Department of State Health Services...*

*Sec. 1.02 Penalties.*

*(a)    Any animal that is found to be in violation of this ordinance may be impounded by the City Enforcement Agent. Additionally, any person or owner who violates or fails to comply with any portion of this ordinance may receive a notice of violation from the City Enforcement Agent and may be deemed guilty of a Class C misdemeanor and may be fined in an amount not to exceed $500.00 for each animal in violation. Each day of violation of this ordinance shall constitute a separate offense.*

VI.

The attached Court Summary states that Billie Lynn, who was bitten by Defendant's dog, does not want to prosecute this case.

VII.

Finally, the dog subject of this case has been quarantined for a sufficient time and shows no signs of rabies.

WHEREFORE, MARSHALL CAPPS, COUNTY ATTORNEY OF FOARD COUNTY, TEXAS, prays the Court grant this motion and dismiss the above numbered and entitled case for lack of any evidence.

Respectfully Submitted,

_____

MARSHALL   CAPPS,   COUNTY   ATTORNEY   OF FOARD COUNTY, TEXAS

P. O. Box 757
Crowell, Texas 79227
Telephone: 940-684-1450
Email: godisasongforme@gmail.com

Exhibit B pg 6

NO. 3638

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | OF |
| | § | |
| RICHARD W. FORD | § | FOARD COUNTY, TEXAS |

## ORDER TO DISMISS

On this day came to be heard the Motion to Dismiss filed by MARSHALL CAPPS, COUNTY ATTORNEY OF FOARD COUNTY, TEXAS, in the above numbered and entitled case; and it appears to the Court that the motion should be granted.

IT IS THEREFORE ORDERED that the above numbered and entitled case is hereby dismissed for lack of evidence.

IT IS FURTHER ORDERED that:

(1) all fines, costs of court, and other costs paid by Defendant in this case be refunded to Defendant, and

(2) Defendant's dog be returned to him upon his payment of $100.00 to the City of Crowell for ten days of boarding fees.

Signed this the _____ day of _____, 2024.


_____
PRESIDING JUDGE

 Gmail

Richard Ford <rford1636@gmail.com>

---

**Neglect and abandoment**

---

**Richard Ford** <rford1636@gmail.com>                                    Thu, Jun 22, 2023 at 7:17 PM
To: chiefscarborough@outlook.com

Chief these are APS  definitions which. Sec 22.041 of texas penal code
(a) disabled individual can be substituted for child
(b) unreasonsonable risk of harm
Dhhs chapter 48 sec48.01

.

---

📄 **neglect_aband (1)_230622_185003.pdf**
   56K

Failure to investigate, misconduct- 4th amendment and 1983

  

≡   M Gmail          Q   is:starred                                    ✕  ⇄       ⌄      ⑦

Compose

Mail

Inbox          3,064

Chat       Starred

Snoozed

Meet       Sent

Drafts          45

More

Labels



officers not only failed to provide care for her but they did intentionally, knowingly and with malice. Once they decided to rele me walk the 10blocks back home where I found karen crying, out if breath, and trembling from being on her legs that long. th and abondoned their role as primary caregive   I know that deputy perry shaw was aware they picked me up and he is well av condition,  as well as guilty of dereliction of duty since he was made aware of these felonies and has faied to act. I have sent the charges and he has not responded.  Ive got statement of what reasonable care would be from the administrator at advanc tx.  Plan on getting the same from everybody involved.  Right now foard county sheriffs offc has been made aware  of the offi law there will be retaliation and it scares her they could do it again since we filed charges.  Any enforcement  of this felony wi other than foard couny.  They might not like me but that doesnt give them the right to do what they want under color of badge  forgot mention that physical  therapist assessment dated 6/6, 3 days prior goals were to be able to stand with assistance and assistance for a maximum of 2 minutes.  When these officers relieved me of my primary caregiver duties by detaining me at t assumed the role of primary caregiver which is what my problem is because my wife was crying and one  of the officers cam they were arresting me,.  She was upset, taking oxycotton muscle relaxers and xanax.  She is not ok to be out of bed or the v without assistance.  shes not ok to not have access to a phone to call 911 is she does fall, she stood crying at the door for 30 walked back from the police dept and help her back to the bed.  This is the under the assumed role as caregiver.  The law rea committed if the caregiver "leaves an adult who is dependent for care alone and the adult is harmed or has a realistic risk of l leaving an adult alone who cannot obtain help in an emergency" .  Tx house bill 1481 is to increase the penaltys of peace offi disabled and elders in imminent danger and vacating their assumed roles as primary caregiver. and as such they left her with help and no one to guide and  maneuver her walker to  avoid possibly injuring herself.

( Reply )      ( Forward )   ( ☺ )





 Gmail

Richard Ford <rford1636@gmail.com>

## Paperwork
1 message

Richard Ford <rford1636@gmail.com>                                    Sun, Jan 26, 2025 at 1:14 AM
To: chiefscarborough@outlook.com

I got the letter saying final notice about my yard, but didn't get a first notice so I wanted get a copy of that letter.   I also need a copy the order to confiscate karens dog for quarantine for 6/21 and intake form showing when the 10 day quarantine ended. The jail says that since the $240 you took when you arrested me was not put on my inmate trust account you will have the money and the  property sheet showing the amount taken and logged in , they also said  you'll have a probable cause affidavit for stopping me and a copy of the warrant for marajuana possession . Can I come by Tuesday for the money and to pick up the paperwork?

Thank you

In person he refused copys of public record, wont releafe even with
u FOIA request, say most be subpoenar as discovery I
wont give quarantine papers




JS 44   (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Richard Ford

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**DEFENDANTS** Dusty Bryant, Anthony Hinsley, Shaun Scarborough, Gary Whitley, Perry Shaw, Mike Brown, City of Crowell, Foard County's Sheriff

**(b)** County of Residence of First Listed Plaintiff    Foard
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Foard
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Attorneys *(If Known)*

7-25CV-015-O

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                 *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for:

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | Exchange |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☒ 1  Original Proceeding | ☐ 2  Removed from State Court | ☐ 3  Remanded from Appellate Court | ☐ 4  Reinstated or Reopened | ☐ 5  Transferred from Another District *(specify)* | ☐ 6  Multidistrict Litigation - Transfer | ☐ 8  Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
1st, 4th, 5th and 14th Amendments, Section 1983 civil rights Act 104 free speech,
Brief description of cause:
Failure to intervene, failure to investigate, judicial misconduct, obstruction of justice

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.        DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____          SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**



P.O. Box 557
Crowell, TX 79227

Retail

U.S. POSTAGE PAID
FCM LG ENV
CROWELL, TX 79227
FEB 12, 2025

76102

$4.01

RDC 99

S2324P508984-4

U.S District Court
501 W 10th St. Rm 310
FF Worth TF
76102

RECEIVED
FEB 18 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS