**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **RICHARD FORD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 7:25-cv-0015-O-BP** |
| | § | |
| **MIKE BROWN,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief United State District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** Defendants' Motions to Dismiss (ECF Nos. 20, 22, 26, 30) are **GRANTED**, and Plaintiff's claims are **DISMISSED** with leave to file a First Amended Complaint that addresses the deficiencies noted in the Magistrate Judge's Findings, Conclusions, and Recommendation within fourteen days from the date of this order.

**SO ORDERED** this **17th day** of **March 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**